1  Jeff Kuntz - State Bar No. 310294
       jkuntz@taylorduma.com
2  TAYLOR DUMA, LLP
   3879 Stoneridge Road
3  Carlsbad, CA 92010
   Telephone: (404) 245-7056
4
   John L. North (*pro hac vice*)
5      jnorth@taylorduma.com
   Jeffrey R. Kuester (*pro hac vice*)
6      jkuester@taylorduma.com
   TAYLOR DUMA, LLP
7  1600 Parkwood Circle, Suite 200
   Atlanta, Georgia 30339
8  Telephone: (770) 434-6868
   Facsimile: (770) 434-7376
9
   Ekwan E. Rhow - State Bar No. 174604
10     erhow@birdmarella.com
   Timothy B. Yoo - State Bar No. 254332
11     tyoo@birdmarella.com
   BIRD, MARELLA, RHOW,
12 LINCENBERG, DROOKS & NESSIM, LLP
   1875 Century Park East, 23rd Floor
13 Los Angeles, California 90067-2561
   Telephone: (310) 201-2100
14 Facsimile: (310) 201-2110

15 Attorneys for Plaintiff Flated LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FLATED LLC,<br><br>    Plaintiff,<br><br>    vs.<br><br>JL CONCEPTS INC., California Corporation,<br><br>    Defendant. | CASE NO.<br><br>**COMPLAINT FOR DAMAGES, INJUNCTION AND EQUITABLE RELIEF FOR INFRINGEMENT OF UNITED STATES PATENT NO. 12,077,977**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Flated LLC ("Flated") for its complaint against defendant JL Concepts Inc. ("JL Concepts") alleges:

## PARTIES

1. Flated is a Limited Liability Company duly organized and existing under the laws of the State of California and has its principal place of business in San Marcos, California, in San Diego County.

2. JL Concepts Inc. is a California corporation located at 21912 Garcia Lane, Walnut, California 91789 in Los Angeles County. JL Concepts is registered with the California Secretary of State and has a registered agent, Laura L. Chung, at the same address.

## JURISDICTION AND VENUE

3. Flated brings this action against JL Concepts under the United States patent laws, 35 U.S.C. § 1 *et seq.* This Court has federal question jurisdiction under 28 U.S.C. §§ 1331 and 1338(a) because this is a civil action arising under the patent laws.

4. Upon information and belief, this Court has general personal jurisdiction over JL Concepts because JL Concepts has a regular and established place of business in this state, and its acts of infringement occur (at least in part) in this state.

5. Venue is proper over JL Concepts under 28 U.S.C. §§ 1391, 1400(b) because JL Concepts, upon information and belief, resides in this District, and has committed acts of infringement and has a regular and established place of business in this District.

## BACKGROUND

**Plaintiff Flated's Business and the technology of its Patent No. 12,077,977**

6. Flated owns United States Patent No. 12,077,977 ('977 patent), "Inflatable Vehicle Accessories" through an assignment from inventors Daniel Watts, Kenneth Tenhoeve, and Ryan Guay. The '977 patent issued September 3,

2024. Exhibit A is a copy of the '977 patent.

7. The '977 Patent generally encompasses (but is not limited to) inflatable truck shells (sometimes also referred to as toppers). Truck shells are generally rigid vehicle attachments that rest above a truck bed. The part above the truck bed may include flaps of canvas or similar materials to cover window-like openings to ventilate the truck shell's interior. At least one opening may be large enough to act as a door for users to enter and exit the housing. The flaps may be closed or fully or partially opened with an assembly including a zipper, Velcro®, magnets, or other fasteners.

8. Instead of having rigid plastic, fiberglass, or metal walls—which can be heavy and cumbersome—Flated's patented truck shells use drop-stitch, inflatable walls. Drop-stitch material allows manual or electric pumps to inflate Flated's devices at high pressure so that the walls of the Truck Shell can hold their forms and shapes. Tape can be included to seal the edges of the drop-stitch material in various arrangements.

9. A person can deflate the walls of the truck shell after use through at least one high-pressure valve. When deflated, it can be rolled or folded.

10. Flated makes, offers to sell, and sells products that fall within the scope of the claims of the '977 Patent pursuant to its Flated Product Collection.

11. Flated marks all of its topper products and box labels with the '977 Patent number. Additionally, the '977 Patent number appears on the Flated website and product pages.

### JL Concepts's Infringement of the '977 Patent

12. Upon information and belief, JL Concepts offers for sale and sells numerous variations of the inflatable bed topper (also known as "truck shell" or "inflatable truck shell") product to various retailers within the United States, including, but not limited to, I3 Enterprises of City of Industry, California. These include the below, which, upon information and belief, is a product imported by JL

Concepts and sold by retailer I3 Enterprises:



Fig. 01    "Armordillo 2020-2025 GMC Sierra CoveRex Inflatable Bed Topper - 6.9' Bed"

13. JL Concepts makes, uses, offers to sell, or sells within the United States or imports into the United States the patented invention described and claimed in the '977 patent. JL Concepts infringes one or more claims of the '977 Patent in violation of 35 U.S.C. § 271(a).

14. Upon information and belief, JL Concepts is importing, offering for sale and selling product that is the subject of Flated's infringement allegations against I3 in a case pending in the Central District of California. *Flated LLC v. I3 Enterprises Inc.*, Case No. 2:25-cv-04257-WLH-SK (CDCa.).

15. Flated attaches hereto as Exhibit B and incorporates by reference the infringement contentions Flated served on I3 in the above matter as representative proof of JL Concepts' infringements.

16. JL Concepts's infringements have injured Flated, and Flated is entitled to recover damages adequate to compensate it for these infringements in terms of lost profits and/or a reasonable royalty.

17. JL Concepts's infringement must be preliminarily and permanently enjoined. Flated is the leader in the nascent market for inflatable bed toppers, and

the continued infringement by JL Concepts is causing and would cause Flated irreparable harm.

## REQUEST FOR RELIEF

Flated respectfully requests that this Court enter the following relief:

1. Final judgment that JL Concepts has infringed one or more valid claims of the '977 Patent.

2. Preliminary and permanent injunctive relief prohibiting JL Concepts, its officers employees, agents and any persons or entities with whom JL Concepts is acting in concert, including manufacturers of the infringing products, from infringing the '977 Patent.

3. An award of damages adequate to compensate Flated for JL Concepts's infringement of the '977 Patent in terms of lost profits and/or a reasonable royalty, including pre-judgment interest and costs.

4. If the facts support it, a determination that this is an exceptional case within the meaning of 35 U.S.C. § 285 sufficient to support an award to Flated of its reasonable attorney fees.

5. If the facts support it, an award of attorney's fees under the Court's inherent powers to award attorney's fees in egregious cases.

6. Costs.

7. Pre-judgment and post-judgement interest as allowed by law. and

8. Such other relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Flated respectfully requests trial by jury under Fed. R. Civ. P. 38(b) on all issues this complaint raises.

Dated: November 7, 2025

/s/ Jeffrey M. Kuntz
Jeffrey M. Kuntz

Jeff Kuntz - State Bar No. 310294
jkuntz@taylorduma.com
TAYLOR DUMA, LLP
3879 Stoneridge Road
Carlsbad, CA 92010
Telephone: (404) 245-7056

John L. North (*pro hac vice*)
jnorth@taylorduma.com
Jeffrey R. Kuester (*pro hac vice*)
jkuester@taylorduma.com
TAYLOR DUMA, LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
Telephone: (770) 434-6868
Facsimile: (770) 434-7376

Ekwan E. Rhow - State Bar No. 174604
erhow@birdmarella.com
Timothy B. Yoo - State Bar No. 254332
tyoo@birdmarella.com
BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

*Attorneys for Plaintiff*
Flated LLC.